# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3019**

**September Term, 2025**

**1:21-cr-00666-TNM-1**

**Filed On:** July 14, 2026

United States of America,

        Appellee

    v.

David Floyd,

        Appellant

    **BEFORE:**    Wilkins, Katsas and Rao, Circuit Judges

# JUDGMENT UNDER SEAL
# NOT AVAILABLE TO THE PUBLIC